# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

152119

CINDY KAY MAIER,
      Plaintiff/Counter Defendant-
      Appellant,

v

                             SC: 152119
                             COA: 322109
                             Clinton CC Family Division:
                             11-023267-DM

DANIEL CLAYTON MAIER,
      Defendant/Counter Plaintiff-
      Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 25, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2015



Clerk

s0922